UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS SAUCEDO, | ) | No. CV 06-393-AG(CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A.K. SCRIBNER (Warden), | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: February 10, 2010

ANDREW J. GUILFORD
United States District Judge

1